IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY CASSANO,

    Plaintiff,

v.

M. JOHNSON and W. ROGERS,

    Defendants.

No. C 12-05144 WHA

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT; VACATING HEARING; AND REQUESTING STATUS REPORT**

       This is a Section 1983 action alleging violations of plaintiff Gary Cassano's Eighth Amendment rights. Cassano is a California state prison inmate who alleges that defendant M. Johnson, a non-incarcerated kitchen employee, kicked a steel kitchen door that hit Cassano in the head. Cassano further alleges that defendant W. Rogers, a supervising cook at Cassano's correctional facility, failed to separate and protect him from Johnson.

       Now, Rogers seeks summary judgment on Cassano's remaining claim as to him — that Rogers was deliberately indifferent to Cassano's safety (Dkt. No. 57). In response, Cassano's counsel have filed a statement of non-opposition: "Based upon *Babcock vs. White*, 102 F.3d 267 (7th Cir. 1996), [p]laintiff Gary Cassano does not oppose W. Roger's Motion for Summary Judgment" (Dkt. No. 66). Rogers' motion for summary judgment is therefore **GRANTED**. The hearing previously set for November 20, 2014, is hereby **VACATED**.

This leaves Johnson as the remaining defendant here.  As such, Johnson's counsel will submit a status report indicating whether his case can be resolved by summary judgment or by some other dispositive motion.  This status report is due by **4 PM ON NOVEMBER 18, 2014**.

**IT IS SO ORDERED.**

Dated:  November 4, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2