**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY CASSANO,

    Plaintiff,

v.

M. JOHNSON,

    Defendant.
    _____/

No. C 12-05144 WHA

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

    The parties shall appear for a case management conference to be held on **DECEMBER 18, 2014, AT 11:00 A.M.** The parties shall file a joint case management statement by **5:00 PM ON DECEMBER 15, 2014.**

    **IT IS SO ORDERED.**

Dated: December 9, 2014.

*[signature]*
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE