IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY CASSANO,

    Plaintiff,

v.

MARCUS JOHNSON,

    Defendant.

No. C 12-05144 WHA

**ORDER FOR PLAINTIFF'S COUNSEL TO ANSWER QUESTIONS**

In preparing for the pending summary judgment motion, the Court requests that both plaintiff's counsel submit declarations by **NOON ON JUNE 12, 2015.**

Counsel's declarations shall address the following questions: (1) the extent to which counsel personally met with plaintiff Gary Cassano to prepare their opposition to the defense's motion for summary judgment; (2) the extent to which counsel personally met with plaintiff in connection with responding to the defense's requests for admission; and (3) the extent to which counsel have personally met with plaintiff throughout the duration of this case.

In addition, counsel shall state what their retainer agreement is with plaintiff and/or his family.

**IT IS SO ORDERED.**

Dated: June 9, 2015.

                WILLIAM ALSUP
                UNITED STATES DISTRICT JUDGE