**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY CASSANO,

    Plaintiff,

v.

MARCUS JOHNSON,

    Defendant.

No. C 12-05144 WHA

**NOTICE TO DEFENSE COUNSEL**

At today's Two P.M. hearing, defense counsel shall address — and be prepared to address — the statements in plaintiff's counsel's declarations to the effect that the prison does not allow unrecorded calls to counsel, that plaintiff had suffered a heart attack, and that someone told counsel that our plaintiff had died.

Dated: June 15, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE