IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY CASSANO,

    Plaintiff,

  v.

MARCUS JOHNSON,

    Defendant.

No. C 12-05144 WHA

**ORDER RE MOTION FOR SUMMARY JUDGMENT**

As stated at the hearing yesterday, and as agreed to by both sides, all claims other than plaintiff Gary Cassano's claim for excessive force are **DISMISSED**. Plaintiff's excessive force claim against defendant Marcus Johnson is the only claim remaining in the case. It is further ordered that R.J. Donovan Correctional Facility in San Diego, where plaintiff is currently housed, allow plaintiff to conduct unrecorded and privileged phone calls with his attorneys. Plaintiff's attorneys should also go to San Diego and meet with plaintiff in person at least once before trial. Plaintiff's counsel's motion for relief from their failure to timely respond to defendant's requests for admission is **GRANTED**. Plaintiff's counsel shall promptly serve defendant with the verifications responsive to defendant's requests for admission.

**IT IS SO ORDERED.**

Dated: June 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE