UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GARY CASSANO,

    Plaintiff,

  v.

M. JOHNSON, et al.,

    Defendants.

Case No. 12-cv-05144 WHA (NJV)

**ORDER RE SETTLEMENT CONFERENCE**

Re: Dkt. No. 78

This case is set for a settlement conference on July 30, 2015. Plaintiff, who is represented by counsel, shall attend the settlement conference telephonically by dialing 888-684-8852 and dialing 1868782. Plaintiff's counsel shall contact Plaintiff's institution and arrange for the telephonic presence of Plaintiff at the settlement conference.

**IT IS SO ORDERED**.

Dated: June 25, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge