J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
MATTHEW ROMAN (SBN 267717)
mroman@andradalaw.com
**ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendant
M. JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY CASSANO,<br><br>   Plaintiff,<br><br>   v.<br><br>M. JOHNSON and W. ROGERS,<br><br>   Defendants. | Case No.: 3:12-cv-05144 WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL WITH<br>PREJUDICE**<br><br>Hon. William Alsup, Courtroom 8<br>Action Filed: October 3, 2012 |

1

{00103962.DOC/}CDCR 1067                                                                                           *Cassano v. M. Johnson, et al.*
Stipulation of Dismissal and [Proposed] Order                                                                           3:12-cv-05144 WHA

1    Defendant M. JOHNSON, by and through his counsel, MATTHEW ROMAN of Andrada &
2 Associates, and Plaintiff, GARY CASSANO, by and through his counsel, H.F. LAYTON of the H.F.
3 Layton Law Office, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R.
4 Civ. P. 41(a)(1).

5    IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with
6 prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

7    IT IS FURTHER STIPULATED that each party shall bear its own costs.

9 Dated:   August 12, 2015                                LAW OFFICES OF WILLIAM SIMPICH

                                                              */s/ H.F. Layton*
11                                              By _____
                                                   H.F. LAYTON
12                                                 Attorneys for Plaintiff
                                                   GARY CASSANO

14 Dated:   August 14, 2015                              ANDRADA & ASSOCIATES

                                                              */s/ Matthew Roman*
16                                              By _____
                                                   MATTHEW ROMAN
17                                                 Attorneys for Defendant
                                                   M. JOHNSON

2

1    **[PROPOSED] ORDER**

3    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-
4    captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

6    IT IS SO ORDERED.

8    DATED: September 16, 2015.

_____
HON. WILLIAM ALSUP

3